UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARILYN THEARD | CIVIL ACTION |
| VERSUS | NO. 10-4165 |
| DEPARTMENT OF CIVIL SERVICE, STATE OF LOUISIANA, ET AL | SECTION "F" |

ORDER & REASONS

Before the Court is the defendants' request for oral argument on their motion to dismiss.  The request is DENIED.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is need for an evidentiary hearing.
2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.
3. The motion or opposition papers argue for a change in existing law.
4. The motion or opposition papers implicate a constitutional issue.
5. The case itself is of widespread community interest.

Because the motion does not involve any of the above factors, IT IS ORDERED:  The defendants' motion for oral argument is DENIED.

New Orleans, Louisiana, August 30, 2011.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1